■ D.H., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 117862.) [40 NYS3d 323]—Appeal from a judgment of

the Court of Claims (Christopher J. McCarthy, J.), entered September 17, 2015. The judgment dismissed the amended claim.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims (54 Misc 3d 390 [Ct Cl 2015]). Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.